UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA MILNER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration <br><br> Defendant. | CASE NO. 11-cv-05554 RJB <br><br> REPORT AND RECOMMENDATION ON UNOPPOSED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on Defendant's unopposed motion to remand the matter to the administration for further consideration. (ECF No. 8.)

Based on Defendant's Motion for Remand pursuant to sentence six of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g) and noting that good cause for remand has been shown due to the inaudible nature of the hearing recordings, the

undersigned recommends that the Court grant Defendant's motion, and remand this matter to the Commissioner.

- The case should be remanded to an Administrative Law Judge for a *de novo* hearing.
- This Court should maintain jurisdiction over the case.
- Defendant shall advise the court of the outcome of the remand hearing.
- If the outcome of the remand hearing is not favorable to Plaintiff, Defendant shall move to reinstate the case so that Plaintiff need not file a new complaint in order to obtain judicial review.

Given the facts and the lack of opposition from Plaintiff, the undersigned recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g).

Dated this 6th day of October, 2011.

J. Richard Creatura
United States Magistrate Judge