UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA MILNER,

               Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

              Defendant.

CASE NO.  11-CV-05554 RJB

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, on the Defendant's Unopposed Motion for Remand

(ECF No. 8) and the remaining record does hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation (Dkt. 9); and

     (2)     The matter is REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) to the

Administration for further consideration.

     DATED this 11th day of October, 2011.


_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1